# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: April 9, 2012 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Gary Kruck | |

Criminal Action No. 05-cr-00368-MSK
                       11-cr-00280-MSK
                       11-cr-00310-MSK

*Parties*:                                                              *Counsel*:

UNITED STATES OF AMERICA,                    David Conner

       Plaintiff,

v.

ALBERT LAWRENCE VAUGHN,                      Scott Poland

       Defendant.

_____

## SENTENCING MINUTES
_____

**9:09 a.m.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on November 29, 2011.  Defendant pled guilty to Count 3 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The defendant **does** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** request departure **(Doc. #52, 53)**.  Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #54)**   Argument.

**10:02 a.m.**     **Court in recess**
**11:22 a.m.**     **Court in session**

Allocution. - Statements made by:  The Government,  the defendant, defense counsel

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**   Defendant's Motions for Departure **(Doc. #52, 53)** are **DENIED.** Defendant's Motion for Non-Guideline Sentence **(Doc. #54)** is **GRANTED in part and DENIED in part.**

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:09 p.m.**   **Court in recess.**

Total Time:   1 hour 40 minutes.
Hearing concluded.