IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01957-MSK
Criminal Action No. 05-cr-00368-MSK-1

UNITED STATES OF AMERICA,

v.

ALBERT LAWRENCE VAUGHAN,

    Movant.

---

**ORDER**

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **September 17, 2014,** shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this 17th day of July, 2014.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Court