IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00368-MSK
Civil Action No. 14-cv-01957-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERT LAWRENCE VAUGHN,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by Chief Judge Marcia S. Krieger on April 22, 2015, the following Final Judgment is hereby entered.

It is ORDERED that Defendant's Petition to Vacate Under 28 U.S.C. § 2255 (#82) is DENIED. It is further

ORDERED that the corresponding civil action is closed.

Dated at Denver, Colorado this 22nd day of April, 2015.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: s/ Patricia Glover
                            Deputy Clerk